**FILED**
CLERK, U.S. DISTRICT COURT

July 20, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Todd Williamson,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>6232 Manchester, LLC, a California limited liability company; and Does 1-10,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-02741-SB-AGR<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: March 30, 2021<br>Trial Date: Not on Calendar |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Todd Williamson's action against Defendant 6232 Manchester, LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: July 20, 2021

_____
Hon. Stanley Blumenfeld, Jr.
United States District Judge